CONE MILLS CORP. v. ALLSTATE INSURANCE COMPANY

[340 N.C. 353 (1995)]     ·

CONE MILLS CORPORATION v. ALLSTATE INSURANCE COMPANY

No. 311PA94

(Filed 2 June 1995)

On discretionary review pursuant to N.C.G.S. § 7A-31 from a unanimous opinion of the Court of Appeals, 114 N.C. App. 684, 443 S.E.2d 357 (1994), affirming a judgment entered on 3 September 1992 by Cornelius, J., in Superior Court, Guilford County. Heard in the Supreme Court 8 May 1995.

*Smith Helms Mulliss & Moore, L.L.P., by James A. Medford and Larissa Jones Erkman, for plaintiff-appellee.*

*Wilson & Iseman, L.L.P., by G. Gray Wilson and Urs R. Gsteiger, for defendant-appellant.*

PER. CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.